# CASE ANNOUNCEMENTS

*July 23, 2014*

[Cite as *07/23/2014 Case Announcements*, 2014-Ohio-3195.]

## MERIT DECISIONS WITHOUT OPINIONS

**2014-0268. State ex rel. Rohrer v. Holzapfel.**
In Mandamus and Prohibition. On consideration of answers of respondents Jane Krason and Hon. Leonard Holzapfel and motions for judgment on the pleadings of Jane Krason and Hon. Leonard Holzapfel. Motions for judgment on the pleadings granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents and would grant an alternative writ.

**2014-0316. Bank of New York Mellon v. Adams.**
Cuyahoga App. No. 99399, 2013-Ohio-5572. This cause, here on a certification of a conflict by the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is affirmed on the authority of *CitiMortgage, Inc. v. Roznowski*, 139 Ohio St.3d 299, 2014-Ohio-1984, 11 N.E.3d 1140.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents for the reasons stated in his dissenting opinion in *CitiMortgage, Inc. v. Roznowski*, 139 Ohio St.3d 299, 2014-Ohio-1984, 11 N.E.3d 1140.

**2014-0334. In re Lowery v. Johnson.**
In Mandamus. On complaint in mandamus of Charles B. Lowery. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-0485. SRMOF 2009-1 Trust v. Lewis.**
Butler App. Nos. CA2012-11-239 and CA2013-05-068, 2014-Ohio-71. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. On May 14, 2014, this court determined that a conflict existed on both issues identified by the court of appeals and held Issue 2 for *CitiMortgage, Inc., v. Roznowski*. It is ordered by the court that judgment of the court of appeals is affirmed on the authority of *CitiMortgage, Inc. v. Roznowski*, 139 Ohio St.3d 299, 2014-Ohio-1984, 11 N.E.3d 1140. Briefing shall continue on Issue 1.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents from the disposition of Issue 2 for the reasons stated in his dissenting opinion in *CitiMortgage, Inc. v. Roznowski*, 139 Ohio St.3d 299, 2014-Ohio-1984, 11 N.E.3d 1140.

**2014-0777. State ex rel. Worthy v. Marcelain.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-0781. State ex rel. Meyers v. Cicconetti.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-0815. State ex rel. Chappell v. Evans.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.